```
                            United States Bankruptcy Court
                             Northern District of Alabama
In re:                                                               Case No. 12-04957-TBB
Jennifer Wood                                                        Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 1126-2           User: claw                 Page 1 of 2              Date Rcvd: Jan 15, 2014
                               Form ID: pdfall            Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2014.
```
db          +Jennifer Wood,   601 Valley Drive,   Birmingham, AL 35206-1832
7610104     +1st Franklin Financial,   1687 Center Point Parkway Ste 105,   Birmingham, AL 35215-5525
7610115     +ALAGASCO,   ATTN: P. ANDERSON,   605 21ST ST N,   BIRMINGHAM, AL 35203-2707
7610116     +ASHLEY STEWART,   P OBOX 659705,   San Antonio, TX 78265-9705
7610117      Belk,   PO Box 10298,   Jackson, MS 39289-0298
7610119     +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
7707617     +Bill Me Later c/o Ken Mudrick,   101 Schilling Rd, Suite 40,   Hunt Valley MD 21031-1104
7610120     +Birmingham Water Work,   Attn: Bankruptcy Department,   3600 1st Avenue North,
              Birmingham, AL 35222-1210
7610121    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   PO Box 5155,   Norcross, GA 30091)
7743380     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
7690694      CAPITAL ONE NA,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN PA 19355-0701
7696469     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
7610123      Cato,   PO Box 34216,   Charlotte, NC 28234-4216
7640261     +Credit First NA,   PO Box 818011,   Cleveland OH 44181-8011
7610106     +Eric Holder, Attorney General,   Department of Justice,,   10th and Constitution Ave Rm B-324,
              Washington, DC 20530-0001
7610126      Firestone/ CHNA,   PO Box 81315,   Cleveland, OH 44181-0315
7610127      HSBC,   PO BOX 5222,   Carol Stream, IL 60197-5222
7610110     +JT Smallwood Tax Collector,   Room 160 Courthouse,   716 Richard Arrington Jr Blvd No,
              Birmingham, AL 35203-0133
7610130      Lane Bryant,   PO Box 659728,   San Antonio, TX 78265-9728
7712187    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
7837054     +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
7610112     +Travis Hulsey, Jefferson County,   716 Richard Arrington Jr. Blvd No,   Birmingham, AL 35203-0100
7610113      U.S. Attorney’s Office,   1801 4th Ave No,   Birmingham, AL 35203-2101
8019560     +WELLS FARGO HOME MORTGAGE,   ATTN: BANKRUPTCY DEPARTMENT MAC #D3347-0,   3476 STATEVIEW BLVD.,
              FORT MILL, SC 29715-7203
7610105      Wells Fargo Home Mortgage,   PO Box 6417,   Carol Stream, IL 60197-6417
7938808      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7610114     +E-mail/Text: G2APCBANK@southernco.com Jan 16 2014 01:13:15     Alabama Power,
              Birmingham Div 4S-1135,   PO Box 2641,   Birmingham, AL 35291-0001
7610124     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:18:38     CHEVRON,   P O BOX 5010,
              CONCORD, CA 94524-0010
7610122      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:19:12     Care Credit/ GE Money Bank,
              PO Box 960061,   Orlando, FL 32896-0061
7610125     +Fax: 614-760-4092 Jan 16 2014 01:38:53     Easy Money,   6400 1st Ave No,
              Birmingham, AL 35212-1541
7623255      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:19:13     GE Capital Retail Bank,
              Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
7623253      E-mail/PDF: rmscedi@recoverycorp.com Jan 16 2014 01:18:50     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
7610107      E-mail/Text: cio.bncmail@irs.gov Jan 16 2014 01:12:40     Internal Revenue Service,
              11601 Roosevelt Blvd,   Mail Drop N 781,   Philadelphia, PA 19154
7610108      E-mail/Text: cio.bncmail@irs.gov Jan 16 2014 01:12:40     Internal Revenue Service,
              Attn: Ron Hill,   801 Tom Martin Drive 137 C3,   Birmingham, AL 35211
7610109      E-mail/Text: cio.bncmail@irs.gov Jan 16 2014 01:12:41     Internal Revenue Service,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114-0326
7610128     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:19:13     JCPENNY,   P O BOX 960001,
              ORLANDO, FL 32896-0001
7610129      E-mail/Text: bnckohlsnotices@becket-lee.com Jan 16 2014 01:12:28     Kohls,   PO Box 2983,
              Milwaukee, WI 53201-2983
7610131     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:18:38     LOWES,   P O BOX 981064,
              El Paso, TX 79998-1064
7679804      E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2014 01:13:35
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
7677508      E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2014 01:13:35
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
7637384      E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Jan 16 2014 01:14:58     Regions Bank,
              Consumer Collections     BH40402B,   P. O. Box 10063,   Birmingham, AL 35202-0063
7610132      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:17:40     Sams Club,   PO Box 981064,
              El Paso, TX 79998-1064
7610133     +E-mail/Text: bankruptcy@speedyinc.com Jan 16 2014 01:13:00     Speedy Cash,   321 Palisades Blvd.,
              Birmingham, AL 35209-5149
7610111      E-mail/Text: bankruptcy@revenue.alabama.gov Jan 16 2014 01:20:36
              State of Alabama Department of Revenue,   Collection Services Division,   PO Box 327820,
              Montgomery, AL 36132-7820
7610134      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2014 01:18:38     WALMART,   PO BOX 103042,
              Roswell, GA 30076
```

```
District/off: 1126-2           User: claw                   Page 2 of 2                  Date Rcvd: Jan 15, 2014
                               Form ID: pdfall              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr*         +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
7610118     ##Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
                                                                                       TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2014                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2014 at the address(es) listed below:
```
              D. Sims Crawford    ctmail@ch13bham.com,  scrawford13@ecf.epiqsystems.com
              Enslen  Crowe   on behalf of Creditor    WELLS FARGO BANK, N.A. ndbankruptcy@sirote.com
              Joe S Erdberg   on behalf of Debtor Jennifer   Wood jerdberg@jaffeerdberg.com
                                                                                               TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Jennifer Wood  } Case No. 12-04957-TBB
SSN: xxx-xx-6664  }
  } Chapter 13
  Debtor(s)  }

## ORDER AND NOTICE

This matter having come before the Court on the Debtor's Motion for Expedited Hearing on the Motion to Incur Debt (2013 Nissan Rogue); the Court having considered the pleadings; it appears to the Court that the Motion for Expedited Hearing is due to be **granted**; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Debtor's Motion for Expedited Hearing shall be and hereby is **GRANTED**.

Notice is hereby given that the Motion to Incur Debt (2013 Nissan Rogue) shall be heard on **January 21, 2014, at 9:00 a.m.**, in Courtroom #1 of Robert Vance Federal Building, 1800 5th Ave North, Birmingham, Alabama 35203.

Dated:   January 15, 2014

/s/ Thomas B. Bennett
THOMAS B BENNETT
United States Bankruptcy Judge

/cil